IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MAX ORTEGA III,
Plaintiff,

Case No: 1:21-cv-00728 RB-JHR

WILLIAM EDGMAN,
LOUISE LOPEZ,
NEW MEXICO CORRECTIONS
DEPARTMENT, and DOES (1-50),

Defendants.

### NOTICE OF AGREED UPON EXTENSION OF TIME FOR PLAINTIFFS TO FILE THEIR RESPONSE TO DEFENDANTS' MOTION TO DISMISS [DOC. 2]

Plaintiffs, by and through their Counsel of Record, Benjamin Gubernick and Todd Bullion, hereby deliver notice to the Court that the parties have stipulated to an extension of the deadline for Plaintiffs to file a Response to Defendants' Motion to Dismiss filed on August 11, 2021 [Doc. 2] from Friday, August 11, 2021 to Friday, September 17, 2021.

Respectfully submitted,

**GUBERNICK LAW P.L.L.C.**

/s/   Benjamin   Gubernick
BENJAMIN GUBERNICK
New Mexico Bar No. 145006
Ben@gubernicklaw.com
734-678-5169
10720 W. Indian School Rd.
Ste. 19 PMB 12
Phoenix, AZ 85037

       ---and---

       */s/ Todd J. Bullion*
       Todd J. Bullion
       300 Central Ave SW, Suite 1000E
       Albuquerque, NM  87102
       (505) 452-7674
       todd@bullionlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 3rd day of September, 2021, I filed the foregoing electronically through the Court's CM/ECF system, which caused the following counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Mariposa Padilla Sivage
Noe Astorgal Corral
MPS@sutinfirm.com
JLR@sutinfirm.com

*Attorneys Defendants*

*/s/ Todd J. Bullion*
Todd J. Bullion

2