IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**MAX ORTEGA III,**

      **Plaintiff,**

                                                              Case No: 1:21-cv-00728 RB-JHR

**WILLIAM EDGMAN,**
**LOUISE LOPEZ,**
**NEW MEXICO CORRECTIONS**
**DEPARTMENT, and DOES (1-50),**

      **Defendants.**

## <u>CERTIFICATE OF SERVICE</u>

It is hereby certified that a true and correct copy of Defendant Luis Lopez's Initial Disclosures were served, along with a copy of this Certificate of Service, to the following via electronic mail and CM/ECF this 21st day of April, 2022:

Todd J. Bullion
300 Central Ave SE
Suite #1000E
Albuquerque, NM 87102
505-452-7674
Email: todd@bullionlaw.com

—and —

Gubernick Law P.L.L.C
BENJAMIN GUBERNICK
10720 W. Indian School Rd
Ste. 19 PMB 12
Phoenix, AZ 85037
734-678-5169
Email: Ben@gubernicklaw.com

2

Respectfully Submitted,

SUTIN, THAYER & BROWNE

By:   */s/ Mariposa Padilla Sivage*
      Mariposa Padilla Sivage
      Noe Astorga-Corral
      P.O. Box 1945
      Albuquerque, NM 87103
      Telephone: (505) 883-3433
      Facsimile: (505) 855-9520
      mps@sutinfirm.com
      nxa@sutinfirm.com
      *Attorneys for Luis Lopez*

6297393