IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**MAX ORTEGA III,**

      **Plaintiff,**

                                                        **Case No: 1:21-cv-00728 RB-JHR**

**WILLIAM EDGMAN,**
**LOUISE LOPEZ,**
**NEW MEXICO CORRECTIONS**
**DEPARTMENT, and DOES (1-50),**

      **Defendants.**

## **CERTIFICATE OF SERVICE**

It is hereby certified that a true and correct copy of Defendant Luis Lopez's First Supplemental Initial Disclosures, along with documents bates numbered NMCD_00001-01562 were served, along with a copy of this Certificate of Service, to the following via electronic file share transmission and CM/ECF this 14th day of July, 2022:

Todd J. Bullion
300 Central Ave SE
Suite #1000E
Albuquerque, NM 87102
505-452-7674
Email: todd@bullionlaw.com

—and —

Gubernick Law P.L.L.C
BENJAMIN GUBERNICK
10720 W. Indian School Rd
Ste. 19 PMB 12
Phoenix, AZ 85037
734-678-5169
Email: Ben@gubernicklaw.com

        Respectfully Submitted,

        SUTIN, THAYER & BROWNE

        By:   */s/ Mariposa Padilla Sivage*
                Mariposa Padilla Sivage
                John Stiff, Jr.
                P.O. Box 1945
                Albuquerque, NM 87103
                Telephone: (505) 883-3433
                Facsimile: (505) 855-9520
                mps@sutinfirm.com
                jos@sutinfirm.com
                *Attorneys for Luis Lopez*

6376674.docx