IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MAX ORTEGA III,

    **Plaintiff,**

                                                       Case No: 1:21-cv-00728 RB-JHR

WILLIAM EDGMAN,
LOUISE LOPEZ,
NEW MEXICO CORRECTIONS
DEPARTMENT, and DOES (1-50),

    **Defendants.**

### ORDER GRANTING THE PARTIES' JOINT MOTION TO EXTEND DEADLINES

This Matter having come before the Court upon the Parties' Joint Motion to Extend Deadlines, and the Court being otherwise advised, finds the Parties' Joint Motion is well-taken and is GRANTED.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the deadline for Defendant Luis Lopez to provide his Answers and Objections to Plaintiff's First Set of Interrogatories and Responses to Requests for Production is extended until July 22, 2022.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the deadline for Plaintiff Max Ortega III to provide his Response to Defendant Luis Lopez's Motion for Summary Judgment is extended until July 29, 2022.

**IT IS SO ORDERED.**

                                                                  _____

                                                                    THE HONORABLE JERRY H. RITTER

Respectfully Submitted,

SUTIN, THAYER & BROWNE, APC


By: */s/ Mariposa Padilla Sivage*
      Mariposa Padilla Sivage
      John F.S. Stiff, Jr.
      P.O. Box 1945
      Albuquerque, NM 87103
      Telephone: (505) 883-3433
      Facsimile: (505) 855-9520
      mps@sutinfirm.com
      jos@sutinfirm.com

      *Attorneys for Defendant Luis Lopez*

-and-


GUBERNICK LAW, PLLC.


By: *Approved Via Email on 7/15/2022*
      Benjamin Gubernick
      10720 W. Indian School Rd
      Ste. 19 PMB 12
      Phoenix, AZ 85037
      734-678-5169
      Email: Ben@gubernicklaw.com

      *Attorney for Plaintiff*