IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MAX ORTEGA III,

    Plaintiff,

                                                                                         Case No: 1:21-cv-00728 RB-JHR

WILLIAM EDGMAN,
LOUISE LOPEZ,
NEW MEXICO CORRECTIONS
DEPARTMENT, and DOES (1-50),

    Defendants.

## CERTIFICATE OF SERVICE

It is hereby certified that a true and correct copy of Defendant Luis Lopez's Answers and Objections to Plaintiff's First Set of Interrogatories and Defendant Luis Lopez's Responses and Objections to Plaintiff's First Set of Requests for Production, and corresponding exhibits bates numbered NMCD_01563 to NMCD_01564 were served, along with a copy of this Certificate of Service, to the following via electronic mail, this 21st day of July, 2022:

    Todd J. Bullion
    300 Central Ave SE
    Suite #1000E
    Albuquerque, NM 87102
    505-452-7674
    Email: todd@bullionlaw.com

—and —

Gubernick Law P.L.L.C
BENJAMIN GUBERNICK
10720 W. Indian School Rd
Ste. 19 PMB 12
Phoenix, AZ 85037
734-678-5169
Email: Ben@gubernicklaw.com

The documents produced are also intended to supplement Defendant Luis Lopez's Initial Disclosures.

Respectfully Submitted,

SUTIN, THAYER & BROWNE

By:   */s/ Mariposa Padilla Sivage*
        Mariposa Padilla Sivage
        John F. S. Stiff, Jr.
        P.O. Box 1945
        Albuquerque, NM 87103
        Telephone: (505) 883-3433
        Facsimile: (505) 855-9520
        mps@sutinfirm.com
        jos@sutinfirm.com
        *Attorneys for Luis Lopez*

6382540.docx