IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MAX ORTEGA III,

    Plaintiff,

v.

                                                     No. CIV 21-0728 RB/JHR

WILLIAM EDGMAN, LOUISE LOPEZ, NEW
MEXICO CORRECTIONS DEPARTMENT,
and DOES (1–50),

    Defendants.

**CERTIFICATE OF SERVICE FOR PLAINTIFF'S OPPOSITION TO DEFENDANT
LOUIS LOPEZ'S MOTION FOR SUMMARY JUDGMENT**

I hereby certify that on this 29th day of July, 2022, counsel for Plaintiff filed Plaintiff's Opposition to Defendant Louis Lopez's Motion for Summary Judgment electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

**Mariposa Padilla Sivage**
P.O. Box 1945
Albuquerque, NM 87103
Telephone: (505) 883-3433
Facsimile: (505) 855-9520
mps@sutinfirm.com

--and--

**John Field Simms Stiff , Jr**
Stiff, Keith & Garcia, LLC
New Mexico
500 Marquette Ave. NW, Suite 1400
Albuquerque
Albuquerque, NM 87102
505-243-5755
Email: johnny@stifflaw.com

*/s/ Todd J. Bullion*
Todd J. Bullion

1

Law Office of Todd J. Bullion