IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MAX ORTEGA III,

    Plaintiff,

v.                                                              No. Civ. 21-728 RB/JHR

WILLIAM EDGMAN, LOUISE LOPEZ,
NEW MEXICO CORRECTIONS DEPARTMENT,
AND DOES (1-50),

    Defendants.

## ORDER STAYING CASE

**THIS MATTER** comes before the Court on Defendant Luis Lopez's Motion for Summary Judgment and Request for Stay Memorandum in Support Thereof on the Basis of Qualified Immunity, filed on June 17, 2022, (Doc. 21) and on the Joint Motion to Stay Pending Resolution of Defendant Luis Lopez's Motion for Summary Judgment on the Basis of Qualified Immunity (Doc. 39). Lopez seek a stay of this lawsuit pending the Court's decision on the motion for summary judgment, which is based in part on an assertion of qualified immunity. (*See* Doc. 21 at 8.) Plaintiff initially opposed the request for stay (*see* Doc. 35 at 18–19) but now gives notice that he does not oppose the request to stay (*see* Doc. 39 at 2–3). Being fully advised and noting the concurrence of the parties, the Court finds that there is good cause to grant the request to stay.

    **THEREFORE,**

    **IT IS ORDERED** that this matter is **STAYED** pending a decision on the motion for summary judgment.

_____
ROBERT C. BRACK
SENIOR U.S. DISTRICT JUDGE