## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

**MAX ORTEGA III,**

      **Plaintiff,**

                                        **Case No: 1:21-cv-00728 RB-JHR**

**WILLIAM EDGMAN,**
**LOUISE LOPEZ,**
**NEW MEXICO CORRECTIONS**
**DEPARTMENT, and DOES (1-50),**

      **Defendants.**

### NOTICE OF AGREED UPON EXTENSION

Plaintiff Max Ortega III, by and through his counsel of record, GUBERNICK LAW, PLLC (Benjamin Gubernick) and Todd Bullion and Defendant Luis Lopez (misnamed "Louise Lopez") by and through his counsel of record, Sutin, Thayer, And Browne, APC (Mariposa P. Sivage) hereby notify the Court that, pursuant to D.N.M. LR-Civ. 7.4(a), Plaintiff and Defendant Lopez have agreed to an extension of time, through and including September 1, 2022, for Defendant Lopez to file:

1. His Response to Plaintiff's Motion to Strike Exhibits Accompanying "Defendant Luis Lopez's Motion for Summary Judgment and Request for Stay and Memorandum in Support Thereof on the Basis of Qualified Immunity" [Doc. 34]; and

2. His Reply in Support of Motion for Summary Judgment and Request for Stay and Memorandum in Support Thereof on the Basis of Qualified Immunity [Doc. 35].

Respectfully Submitted,

SUTIN, THAYER & BROWNE, APC

By:   */s/ Mariposa Padilla Sivage*
       Mariposa Padilla Sivage
       John F.S. Stiff, Jr.
       P.O. Box 1945
       Albuquerque, NM 87103
       Telephone: (505) 883-3433
       Facsimile: (505) 855-9520
       mps@sutinfirm.com
       jos@sutinfirm.com
       *Attorneys for Defendant Luis Lopez*

Approved:

By:   *Approved via Email 8/26/2022*
       Todd J. Bullion
       300 Central Ave SE
       Suite #1000E
       Albuquerque, NM 87102
       505-452-7674
       Email: todd@bullionlaw.com

       -and-

       Benjamin Gubernick
       GUBERNICK LAW, PLLC.
       10720 W. Indian School Rd
       Ste. 19 PMB 12
       Phoenix, AZ 85037
       734-678-5169
       Email: Ben@gubernicklaw.com

       *Attorneys for Plaintiff*

**Certificate of Service**

I hereby certify that a true and correct copy of the foregoing *Notice of Agreed Upon Extension* was served, via the Court's CMECF system and email, to all counsel of record on the 26th day of August, 2022.

By: */s/ Mariposa Padilla Sivage*
　　　Mariposa Padilla Sivage

6413619.docx