IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**MAX ORTEGA III,**

    **Plaintiff,**

                                            Case No: 1:21-cv-00728 RB-JHR

**WILLIAM EDGMAN,**
**LOUISE LOPEZ,**
**NEW MEXICO CORRECTIONS**
**DEPARTMENT, and DOES (1-50),**

    **Defendants.**

## ORDER GRANTING UNOPPOSED MOTION TO EXTEND DEADLINE FOR SUPPLEMENTAL BRIEFING ON DEFENDANT LUIS LOPEZ' MOTION FOR SUMMARY JUDGMENT

    This Matter comes before the Court upon Defendant Luis Lopez' Unopposed Motion to Extend Deadline for Supplemental Briefing on Defendant Luis Lopez' Motion for Summary Judgment. (Doc. 49.) Having reviewed the Motion, the Court finds it is well-taken and is hereby **GRANTED**.

    **IT IS THEREFORE ORDERED** that the deadline for Defendant Luis Lopez to submit his supplemental brief is extended until December 16, 2022.

    **IT IS FURTHER ORDERED** that the deadline for Plaintiff Max Ortega III to submit his to supplemental brief in response to Lopez' supplemental brief is extended until January 6, 2023.

    IT IS SO ORDERED.

                                                    _____
                                                   ROBERT C. BRACK
                                                   SENIOR U.S. DISTRICT JUDGE

Respectfully submitted by:

SUTIN, THAYER & BROWNE, APC

By: */s/ Mariposa Padilla Sivage*
      Mariposa Padilla Sivage
      P.O. Box 1945
      Albuquerque, NM 87103
      Telephone: (505) 883-3433
      Facsimile: (505) 855-9520
      mps@sutinfirm.com
      *Attorneys for Defendant Luis Lopez*

Approved by:

GUBERNICK LAW, PLLC.

By: *Approved via email on 12/12/2022*
      Benjamin Gubernick
      10720 W. Indian School Rd
      Ste. 19 PMB 12
      Phoenix, AZ 85037
      734-678-5169
      Email: Ben@gubernicklaw.com
      *Attorney for Plaintiff*

6519847